# Court of Appeals, State of Michigan

## ORDER

Ashley Capital, LLC v Department of Treasury

Docket No.    322386

LC No.        12-000132-MT

Michael F. Gadola
Presiding Judge

Joel P. Hoekstra

Michael J. Kelly
Judges

The Court orders that the November 10, 2015 opinion, approved for publication January 5, 2016, is hereby AMENDED. The opinion contained the following clerical error: page 2, first full paragraph, line 6, the word carryforward should have been, and has been replaced with, the words investment tax.

In all other respects the opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

JAN 12 2016

Date

Chief Clerk